UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>AIMEE HARRIS,<br><br>               Defendant. | 22-CR-457-LTS |

<u>Scheduling Order</u>

The sentencing hearing for Ms. Harris will be held as scheduled on Tuesday, January 30, 2024, at 12:00 p.m. Defendant and counsel are directed to appear.

SO ORDERED.

Dated: New York, New York
January 29, 2024

                                                                               /s/ Laura Taylor Swain
                                                                               LAURA TAYLOR SWAIN
                                                                               Chief United States District Judge