

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 25, 2024

**BY ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Aimee Harris*, 22 Cr. 457 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter in response to defendant Aimee Harris's last-minute request for an adjournment, filed earlier this morning. (Dkt. 92). The defendant's request is a transparently improper attempt to further delay the long-delayed sentencing proceeding. The purported need for the adjournment – childcare issues – is false. Based on the Government's communications with counsel for the defendant's ex-husband and the father of her children, he is aware of the sentencing date and is ready and willing to care for the children in the defendant's absence. Accordingly, the defendant's request should be denied.

        Respectfully submitted,

        DAMIAN WILLIAMS
        United States Attorney

        By: /s/
        Jacqueline C. Kelly
        Robert B. Sobelman
        Mitzi S. Steiner
        Assistant United States Attorneys
        (212) 637-2456/2616/2284

cc:    Kestine M. Thiele, Esq., and Anthony Cecutti, Esq. (by ECF)